UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TAWANA NICHOLE GREENE | : | CASE NUMBER A14-74669-CRM |
| DEBTOR | : | JUDGE MULLINS |

### CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Chapter 13 plan filed in the above-styled case proposes to increase plan payments; however, the Trustee is unable to administer the provision because the plan fails to reflect a start date for the increase. The step is incomplete for Excel Federal Credit Union for a Avalon.

2.

The plan provides conflicting treatments for a secured claim to CitiMortgage, preventing the Trustee from properly administering the Plan.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

Respectfully submitted,

/s/
Julie M. Anania,
Attorney for Chapter 13 Trustee
/sh
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A14-74669-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
TAWANA NICHOLE GREENE
5417 WICKLANDER DR
POWDER SPRINGS, GA  30127

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.
ecfnotices@cw13.com

This the 19th day of March, 2015.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201